1  Mark D. Kremer (SB# 100978)
    *m.kremer@conklelaw.com*
2  Amy E. Burke (SB# 276699)
    *a.burke@conklelaw.com*
3  Gal Gressel (SB# 286312)
    *g.gressel@conklelaw.com*
4  Zachary Page (SB# 293885)
    *z.page@conklelaw.com*
5  CONKLE, KREMER & ENGEL
   Professional Law Corporation
6  3130 Wilshire Boulevard, Suite 500
   Santa Monica, California  90403-2351
7  Phone: (310) 998-9100 • Fax: (310) 998-9109

8  Attorneys for Plaintiff Moroccanoil, Inc.

9  Gary A. Hecker, Esq. (State Bar No. 099008)
   James M. Slominski, Esq. (State Bar No. 166357)
10 J. Chase Covello, Esq. (State Bar No. 280245)
   J.D. Sadighi, Esq. (State Bar No. 269090)
11 **THE HECKER LAW GROUP, PLC**
   1925 Century Park East, Suite 2300
12 Los Angeles, California 90067
   Telephone:   (310) 286-0377
13 Facsimile:   (310) 286-0488
   Email:       ghecker@hh.com
14               jslominski@hh.com

15 Attorneys for Defendant
   MARC ANTHONY COSMETICS, INC.

16

17

18                  UNITED STATES DISTRICT COURT

19      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

20

21

| | |
|---|---|
| 22  MOROCCANOIL, INC., a California corporation | CASE No. CV13-02747 DMG (AGRx) |
| 23              Plaintiff, | **STIPULATION RE DISMISSAL** |
| 24          v. | Honorable Dolly M. Gee, Judge Presiding |
| 25  MARC ANTHONY COSMETICS, INC., a Canadian corporation and | Crtrm.                    7 |
| 26  DOES 1 through 10, Inclusive | |
| 27              Defendant. | |

28

2522.240\9208

1   **IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto, through

2   their undersigned counsel, that:

3       1.    This Court has jurisdiction over all the parties to this action and the

4   subject matter of this action, and venue is proper in this district.

5       2.    Pursuant to Fed. R. Civ. Proc. 41(a)(1), all claims in this action are hereby

6   dismissed with prejudice.

7       3.    Each party shall bear its own attorneys' fees and costs and no party shall

8   be considered the prevailing party.

9

10   Dated:  December 15, 2014        Mark D. Kremer

11           Amy E. Burke
        Gal Gressel

12           Zachary Page, members of

13           CONKLE, KREMER & ENGEL
        Professional Law Corporation

14

15

16           By: */s/Amy E. Burke*

17           Amy E. Burke
        Attorneys for Plaintiff Moroccanoil, Inc.

18

19   Dated:  December 15, 2014        THE HECKER LAW GROUP, PLC

20

21

22           By: */s/James M. Slominski*
        Gary A. Hecker, Esq.

23           James M. Slominski, Esq.

24           Chase Covello, Esq.
        J.D. Sadighi, Esq.

25           Attorneys for Defendant Marc Anthony
        Cosmetics, Inc.

26

27

28

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California.  My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, California  90403-2351.

On December 15, 2014, I served true copies of the following document(s) described as **STIPULATION RE DISMISSAL** on the interested parties in this action as follows:

Gary A. Hecker, Esq.
James M. Slominski, Esq.
**THE HECKER LAW GROUP, PLC**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:   (310) 286-0377
Facsimile:    (310) 286-0488
Email:          ghecker@hh.com
                    jslominski@hh.com


**BY CM/ECF NOTICE OF ELECTRONIC FILING:**   I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 15, 2014, at Santa Monica, California.


                                                                    /s/Amy E. Burke
                                                                    Amy E. Burke

2522.240\9210

-2-
STIPULATION RE DISMISSAL